verstein, *Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

M. P. No. 76-462. ROLLINS, INC. *v.* ARCHIE SMITH *et al.* This case is consolidated with the cases of *Full-Channel TV, Inc.* v. *Smith* 371 A.2d 1065 (1977); *Com-Cable, Inc.* v. *Smith,* 371 A.2d 1063 (1977); *Communications Properties, Inc.* v. *Smith,* 371 A.2d 1064 (1977); *Providence Broadcasting Co., Inc.* v. *Smith,* 371 A.2d 1065 (1977); and *Rhode Island CATV Corporation* v. *Smith,* 371 A.2d 1066 (1977); for oral argument. *J. Frederick Murphy,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

M. P. No. 76-463. FULL-CHANNEL TV, INC. *v.* ARCHIE SMITH *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *David B. Lovell, Jr.,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

M. P. No. 77-1. COM-CABLE, INC. *v.* ARCHIE SMITH *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *Philip R. De Sano,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.